# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAMSOFT DATA SYSTEMS, INC.

VERSUS

SOUTHERN ELECTRONICS SUPPLY,
INC. AND ACTIVE SOLUTIONS,
LLC

NO.   2021 CW 1578

**FEBRUARY 25, 2022**

---

In Re:   MMR Group, Inc., MMR Offshore Services, Inc. and MMR Constructors, Inc. d/b/a MMR Communications, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 582741.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6). Relators, MMR Group, Inc., MMR Offshore Services, Inc. and MMR Constructors, Inc. d/b/a MMR Communications, failed to include a signed copy of the judgment or ruling complained of. Additionally, the writ application does not contain a transcript of the contradictory hearing on relator's motion for partial summary judgment, and the trial court's reasons for denying the motion are not otherwise evident from the writ application. See La. Code Civ. P. art. 966(D)(4). Accordingly, this court requires a copy of the transcript of the pertinent hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all required items, including the missing documentation noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before March 28, 2022, and must contain a copy of this ruling.

**VGW
AHP
CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT